NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**GUIDETECH, INC.,**
*Plaintiff-Cross-Appellant,*

v.

**BRILLIANT INSTRUMENTS, INC.,**
*Defendant-Appellant.*

2014-1848, 2015-1042

Appeals from the United States District Court for the Northern District of California in No. 4:09-cv-05517-CW, Judge Claudia Wilken.

**ON MOTION**

**O R D E R**

Brilliant Instruments, Inc. moves to withdraw Kao & Swope LLP as counsel of record. The motion indicates that Eric Sofage has a "pending entry of counsel," but that entry is not reflected on the docket.

Upon consideration thereof,

IT IS ORDERED THAT:

2  GUIDETECH, INC. v. BRILLIANT INSTRUMENTS, INC.

(1) The motion is granted.

(2) Brilliant shall file an entry of new counsel within 14 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27