NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUIDETECH, INC.,**
*Plaintiff - Cross-Appellant,*

v.

**BRILLIANT INSTRUMENTS, INC.,**
*Defendant – Appellant.*

---

2014-1848

---

Appeal from the United States District Court for the Northern District of California in No. 4:09-cv-05517-CW, Judge Claudia Wilken.

---

ON MOTION

O R D E R

Upon consideration of the Appellant's unopposed motion to extend time to file its principal brief until December 24, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

November 25, 2014             /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court