# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**14-1848 - GuideTech, Inc. v. Brilliant Instruments, Inc.**

**Opening Brief**

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

March 11, 2015

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: John H. Cigavic III
Eric Eilon Sofge

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-1848 - GuideTech, Inc. v. Brilliant Instruments, Inc.

The Opening Brief has been rejected for following reasons:

- The brief contains an impermissible addendum.