# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

**DANIEL E. O'TOOLE**
**CLERK OF COURT**

TELEPHONE: 202-275-8000

March 23, 2015

To: John H. Cigavic III
Eric Eilon Sofge

Re:  14-1848 - GuideTech, Inc. v. Brilliant Instruments, Inc.

## NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- Multiple document types may not be uploaded to a single event.  The following document(s) must be refiled using the appropriate individual event:

    Notice of Bankruptcy

    Motion for Extension of Time

- A request for an extension of time of more than 14 days must be accompanied by an affidavit or unsworn declaration

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Timothy John Billick I
Philip P Mann
John Whitaker